UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD MICHAEL KETCHENS,

    Petitioner,

v.

Case No. 24-cv-11388
Hon. Matthew F. Leitman

RANDEE REWERTS,

    Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED,** a certificate of appealability is **DENIED**, and leave to appeal *in forma pauperis* is **GRANTED**.

        KINIKIA ESSIX
        CLERK OF COURT

        By:    s/Holly A. Ryan
                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  October 16, 2025
Detroit, Michigan